■ ANGELO CRAGO, Respondent, v. JOSEPH J. MONTEROSE et al., Appellants.— Motion granted and appeal dismissed, with $10 costs.

■ EDWARD J. FISCHER, Respondent, v. ALTADALE CORP., Appellant, et al., Defendant.— Appeal dismissed unless printed records and briefs are filed and served on or before July 15, 1959.

■ SYLVIA J. NAGY, as Executrix of WINFRED E. NAGY, Deceased, Respondent, v. CHESTER RINEHOLTS, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before July 15, 1959.

■ MARION L. DI GIULIO, Respondent, v. HUGO DI GIULIO, Appellant.— Motion granted and proceedings on judgment stayed, pending hearing and determination of appeal.

■ LOUIS LANGONE et al., Appellants, v. ROBERT W. NORWOOD et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before June 15, 1959.

■ In the Matter of THOMAS M. BURTON, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss appeal denied; motion for a stay granted on condition that printed records and briefs are filed and served on or before July 1, 1959.

■ GEORGE COLLINS, Appellant, v. JACKSON A. BISHOP et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before July 1, 1959.

■ NANCY R. GLOVER et al., Plaintiffs, v. BOARD OF EDUCATION OF CENTRAL SCHOOL DISTRICT No. 1 of the TOWN OF AVOCA, Defendant.— Motion for a stay denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE GILFORD, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES H. HYCHE, Appellant.— Motion to dismiss appeal denied; time for filing and serving typewritten briefs extended to July 1, 1959; time for argument of appeal enlarged to include September 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHALMERS JACKSON, Appellant.— Motion granted to appeal on judgment roll, etc., and five typewritten briefs, and Solomon Daniels, Esq. of Buffalo assigned to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LLOYD JACKSON, Appellant, against ROBERT E. MURPHY, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JIMMIE HAROLD JOHNSON, Appellant.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH LEONARD MAJOR, alias BENJAMIN MAJOR, Appellant.— Motion granted to appeal on five copies of typewritten or handwritten briefs, and original papers; motion for counsel denied.